**Order entered June 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00696-CV

### IN RE ERNEST K. BANKAS, Relator

### Original Proceeding from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-09-1347

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of habeas corpus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     LANA MYERS
JUSTICE